IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALEX GARCIA,**
       **Plaintiff,**

vs.                                                                                          CIV No. 23-00112-KRS

**KILOLO KIJAKAZI, Commissioner,**
**Social Security Administration,**

       **Defendant.**

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Seal Administrative Record (Doc. 11), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

                                                                                                _____
                                                                               KEVIN R. SWEAZEA
                                                                               United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted April 4, 2023*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved April 4, 2023*
BRYAN KONOSKI
Attorneys for Plaintiff