# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ALEX GARCIA,**

      **Plaintiff,**

    **vs.**                          **CIV NO. 2:23-cv-00112-KRS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## <u>ORDER FOR EXTENSION</u>

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 17) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 14), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until August 2, 2023, to file a response, and Plaintiff shall have until August 16, 2023, to file a reply.

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
JESSICA MILANO
Special Assistant United States Attorney

*Electronically approved*
BRYAN KONOSKI
Attorney for Plaintiff