IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEX GARCIA,

      Plaintiff,

  vs.                              CIV. NO. 2:23-CV-00112-KRS

KILOLO KIJAKAZI,
**Acting Commissioner of
Social Security,**

      Defendant.

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 20), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

_____
HONORABLE KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE

Submitted by:

    /s/*Michelle C. Verdis*
Michelle C. Verdis

ATTORNEY FOR DEFENDANT

Approved by:

/s/*electronically approved*
Bryan Konoski, Esq.
Konoski & Partners, PC

ATTORNEY FOR PLAINTIFF