IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEX GARCIA,

    Plaintiff,

vs.                              CIV No. 2:23-112 KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
HONORABLE KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE